AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 5:21-mj-00015 |
| Thomas John Mills | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 10, 2020 to October 2020  in the county of  Raleigh  in the Southern District of  West Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Det. H.W. Long_
Complainant's signature

Det. H.W. Long, Raleigh Co. Sheriff's Office
Printed name and title

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: Apr. 26, 2021

_Dwane L. Tinsley_
Judge's signature

City and state:  Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
Printed name and title