

**United States Department of Justice**

United States Attorney
Southern District of West Virginia

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Suite 4000
Charleston, WV 25301
1-800-659-8726

Mailing Address
Post Office Box 1713
Charleston, WV 25326
304-345-2200
FAX: 304-347-5104



November 23, 2021

Lex A. Coleman
Assistant Federal Public Defender
300 Virginia St. East, Room 3400
Charleston, WV 25301

      Re: United States v. Thomas John Mills
           Criminal No. 5:21-cr-00096 (USDC SDWV)

Dear Mr. Coleman:

    This will confirm our conversations with regard to your client, Thomas John Mills (hereinafter "Mr. Mills"). As a result of these conversations, it is agreed by and between the United States and Mr. Mills as follows:

    1.  **PENDING CHARGES.** Mr. Mills is charged in a two-count superseding indictment as follows:

        (a)  Count One charges Mr. Mills with a violation of 18 U.S.C. §§ 2251(a) and (e) (production of child pornography); and

        (b)  Count Two charges Mr. Mills with a violation of 18 U.S.C. § 2422(b) (enticement of a minor).

    2.  **RESOLUTION OF CHARGES.** Mr. Mills will plead guilty to Count One of said indictment, which charges him with a violation of 18 U.S.C. §§ 2251(a) and (e) (production of child pornography). Following final disposition, the United States will move the Court to dismiss Count Two in Criminal No. 5:21-cr-00096 as to Mr. Mills.

                                                                                    Defendant's Initials

Lex A. Coleman
November 23, 2021                                  Re: Thomas John Mills
Page 2

3. **MAXIMUM POTENTIAL PENALTY.** The maximum penalty to which Mr. Mills will be exposed by virtue of this guilty plea is as follows:

   (a) Imprisonment for a period of at least 15 and up to 30 years;

   (b) A fine of $250,000, or twice the gross pecuniary gain or twice the gross pecuniary loss resulting from defendant's conduct, whichever is greater;

   (c) A term of supervised release of 5 years to life;

   (d) A mandatory special assessment of $100 pursuant to 18 U.S.C. § 3013 and $5,000 pursuant to 18 U.S.C. § 3014; and

   (e) An order of restitution pursuant to 18 U.S.C. §§ 2259, 3663A, and 3664, or as otherwise set forth in this plea agreement.

4. **SPECIAL ASSESSMENT.** Mr. Mills has submitted certified financial statements to the United States reflecting that he is without sufficient funds to pay the special assessment due upon conviction in this case. Mr. Mills agrees that, if incarcerated, he will join the Inmate Financial Responsibility Program, earnings from which will be applied toward payment of the special assessment.

5. **RESTITUTION.** Mr. Mills understands that, pursuant to 18 U.S.C. § 2259, the Court shall order restitution to the victim in this case for full amount of the victim's losses, if any. Mr. Mills further agrees to pay such restitution, with interest as allowed by law, to the fullest extent financially feasible. In aid of restitution, Mr. Mills further agrees as follows:

   (a) Mr. Mills agrees to fully assist the United States in identifying and locating any assets to be applied toward

_____
Defendant's Initials

restitution and to give signed, sworn statements and testimony concerning assets upon request of the United States.

(b) Mr. Mills will fully complete and execute, under oath, a Financial Statement and a Release of Financial Information on forms supplied by the United States and will return these completed forms to counsel for the United States within seven calendar days from the date of the signing of this plea agreement.

(c) Mr. Mills agrees not to dispose of, transfer or otherwise encumber any real or personal property which he currently owns or in which he holds an interest.

(d) Mr. Mills agrees to fully cooperate with the United States in the liquidation of assets to be applied towards restitution, to execute any and all documents necessary to transfer title of any assets available to satisfy restitution, to release any and all right, title and interest he may have in and to such property, and waives his right to exemptions under the Federal Debt Collection Procedures Act upon levy against and the sale of any such property.

(e) Mr. Mills agrees not to appeal any order of the District Court imposing restitution unless the amount of restitution imposed exceeds $10,000 per victim. However, nothing in this provision is intended to preclude the Court from ordering Mr. Mills to pay a greater or lesser sum of restitution in accordance with law.

6. **ABANDONMENT OF PROPERTY.** Mr. Mills hereby agrees to release, relinquish, waive or abandon to the United States or to the state of West Virginia any and all right, title and interest he may have in certain items, that is, one (1) black U.S. Cellular Nuu smartphone. The property hereby abandoned by the defendant

_____
Defendant's
Initials

Lex A. Coleman
November 23, 2021                                        Re: Thomas John Mills
Page 4

under this paragraph will be destroyed or otherwise disposed of by federal, state or local law enforcement officers according to the law.

7. **PAYMENT OF MONETARY PENALTIES**. Mr. Mills authorizes the Financial Litigation Program in the United States Attorney's Office to obtain a credit report from any major credit reporting agency prior to sentencing in order to assess his financial condition for sentencing purposes. Mr. Mills agrees not to object to the District Court ordering all monetary penalties (including the special assessment, fine, court costs, and any restitution that does not exceed the amount set forth in this plea agreement) to be due and payable in full immediately and subject to immediate enforcement by the United States. So long as the monetary penalties are ordered to be due and payable in full immediately, Mr. Mills further agrees not to object to the District Court imposing any schedule of payments as merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment.

Mr. Mills authorizes the United States, through the Financial Litigation Program, to submit any unpaid criminal monetary penalty to the United States Treasury for offset in accordance with the Treasury Offset Program, regardless of the defendant's payment status or history at that time.

In addition to any payment ordered by the Court, Mr. Mills shall pay all monies received from any source other than earned income, including but not limited to, lottery winnings, gambling proceeds, judgments, inheritances, and tax refunds, toward the court ordered restitution or fine.

Mr. Mills agrees that if he retains counsel or has appointed counsel in response to the United States' efforts to collect any monetary penalty, he shall immediately notify the United States Attorney's Office, Attention: Financial Litigation Program, P.O. Box 1713, Charleston, West Virginia 25326-1713, in writing and shall instruct his attorney to notify FLP immediately of his

_____
Defendant's
Initials

Lex A. Coleman
November 23, 2021                                   Re: Thomas John Mills
Page 5

representation.

*JM* 8.     **COOPERATION.**  Mr. Mills will be forthright and truthful with this office and other law enforcement agencies with regard to all inquiries made pursuant to this agreement, and will give signed, sworn statements and grand jury and trial testimony upon request of the United States.  In complying with this provision, Mr. Mills may have counsel present except when appearing before a grand jury.

*JM* 9.     **USE IMMUNITY.**  Unless this agreement becomes void due to a violation of any of its terms by Mr. Mills, and except as expressly provided for in paragraph 11 below, nothing contained in any statement or testimony provided by him pursuant to this agreement, or any evidence developed therefrom, will be used against him, directly or indirectly, in any further criminal prosecutions or in determining the applicable guideline range under the Federal Sentencing Guidelines.

*JM* 10.    **LIMITATIONS ON IMMUNITY.**  Nothing contained in this agreement restricts the use of information obtained by the United States from an independent, legitimate source, separate and apart from any information and testimony provided pursuant to this agreement, in determining the applicable guideline range or in prosecuting Mr. Mills for any violations of federal or state laws. The United States reserves the right to prosecute Mr. Mills for perjury or false statement if such a situation should occur pursuant to this agreement.

*JM* 11.    **STIPULATION OF FACTS AND WAIVER OF FED. R. EVID. 410.** The United States and Mr. Mills stipulate and agree that the facts comprising the offense of conviction include the facts outlined in the "Stipulation of Facts," a copy of which is attached hereto as "Plea Agreement Exhibit A."

Mr. Mills agrees that if he withdraws from this agreement, or this agreement is voided as a result of a breach of its terms by him, and he is subsequently tried for his conduct alleged in the

*JM*
―――――――――――
Defendant's
Initials

Lex A. Coleman
November 23, 2021                                  Re: Thomas John Mills
Page 6

superseding indictment, as more specifically described in the Stipulation of Facts, the United States may use and introduce the Stipulation of Facts in the United States case-in-chief, in cross-examination of Mr. Mills or of any of his witnesses, or in rebuttal of any testimony introduced by him or on his behalf. Mr. Mills knowingly and voluntarily waives, see United States v. Mezzanatto, 513 U.S. 196 (1995), any right he has pursuant to Fed. R. Evid. 410 that would prohibit such use of the Stipulation of Facts. If the Court does not accept the plea agreement through no fault of the defendant, or the Court declares the agreement void due to a breach of its terms by the United States, the Stipulation of Facts cannot be used by the United States.

The United States and Mr. Mills understand and acknowledge that the Court is not bound by the Stipulation of Facts and that if some or all of the Stipulation of Facts is not accepted by the Court, the parties will not have the right to withdraw from the plea agreement.

12. **WAIVER OF APPEAL AND COLLATERAL ATTACK**. Mr. Mills knowingly and voluntarily waives his right to seek appellate review of his conviction and of any sentence of imprisonment, fine, or term of supervised release imposed by the District Court, or the manner in which the sentence was determined, on any ground whatsoever including any ground set forth in 18 U.S.C. § 3742. Mr. Mills also knowingly and voluntarily waives any right to seek appellate review of any claim or argument that (1) the statute of conviction (18 U.S.C. § 2251) is unconstitutional, and (2) Mr. Mills' conduct set forth in the Stipulation of Facts (Plea Agreement Exhibit A) does not fall within the scope of 18 U.S.C. § 2251. Mr. Mills may appeal the following:

(a) a sentence that exceeds the maximum penalty prescribed by statute; and

(b) a decision by the District Court, pursuant to the Sentencing Guidelines or 18 U.S.C. § 3553(a), to make an "upward departure" or "upward variance" from the total

_____
Defendant's Initials

offense level calculated by the District Court or the guideline range corresponding to that level.

The United States also waives its right to seek appellate review of any sentence of imprisonment or fine imposed by the District Court, or the manner in which the sentence was determined, on any ground whatsoever including any ground set forth in 18 U.S.C. § 3742, except:

(a) a sentence that is below the minimum penalty, if any, prescribed by statute; and

(b) The United States may appeal a decision by the District Court, pursuant to the Sentencing Guidelines or 18 U.S.C. § 3553(a), to make a "downward departure" or "downward variance" from the total offense level calculated by the District Court or the guideline range corresponding to that level.

Mr. Mills also knowingly and voluntarily waives the right to challenge his guilty plea and conviction resulting from this plea agreement, and any sentence imposed for the conviction, in any collateral attack, including but not limited to a motion brought under 28 U.S.C. § 2255.

The waivers noted above shall not apply to a post-conviction collateral attack or direct appeal based on a claim of ineffective assistance of counsel.

13. **WAIVER OF FOIA AND PRIVACY RIGHT.** Mr. Mills knowingly and voluntarily waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without any limitation any records that may be sought under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, or the Privacy Act of 1974, 5 U.S.C. § 552a, following final disposition.

_____
Defendant's Initials

Lex A. Coleman
November 23, 2021                              Re: Thomas John Mills
Page 8

*TJM* 14.  **SEX OFFENDER REGISTRATION REQUIREMENT.** Mr. Mills understands and acknowledges that under the Federal Sex Offender Registration and Notification Act, he must register as a sex offender and keep the registration current in each of the following jurisdictions: where he resides, where he is an employee and where he is a student. Mr. Mills understands that the federal registration requirement and any state registration requirement may apply throughout his life. Mr. Mills further understands that the requirement to keep the registration current includes informing at least one of the aforementioned jurisdictions not later than three days after any change of name, residence, employment or student status. Mr. Mills understands that failure to comply with these obligations subjects him to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

*TJM* 15.  **FINAL DISPOSITION.** The matter of sentencing is within the sole discretion of the Court. The United States has made no representations or promises as to a specific sentence. The United States reserves the right to:

(a) Inform the Probation Office and the Court of all relevant facts and conduct;

(b) Present evidence and argument relevant to the factors enumerated in 18 U.S.C. § 3553(a);

(c) Respond to questions raised by the Court;

(d) Correct inaccuracies or inadequacies in the presentence report;

(e) Respond to statements made to the Court by or on behalf of Mr. Mills;

(f) Advise the Court concerning the nature and extent of Mr. Mills's cooperation; and

_____*TJM*_____
Defendant's
Initials

Lex A. Coleman
November 23, 2021                                    Re: Thomas John Mills
Page 9

    (g)    Address the Court regarding the issue of Mr. Mills's acceptance of responsibility.

16. **VOIDING OF AGREEMENT.**  If either the United States or Mr. Mills violates the terms of this agreement, the other party will have the right to void this agreement. If the Court refuses to accept this agreement, it shall be void.

17. **ENTIRETY OF AGREEMENT.**  This written agreement constitutes the entire agreement between the United States and Mr. Mills in this matter. There are no agreements, understandings or recommendations as to any other pending or future charges against Mr. Mills in any Court other than the United States District Court for the Southern District of West Virginia.

Acknowledged and agreed to on behalf of the United States:

                    WILLIAM S. THOMPSON
                    United States Attorney

By:    *[signature]*

                    JENNIFER RADA HERRALD
                    Assistant United States Attorney

                                                Defendant's Initials

I hereby acknowledge by my initials at the bottom of each of the foregoing pages and by my signature on the last page of this 10-page agreement that I have read and carefully discussed every part of it with my attorney, that I understand the terms of this agreement, and that I voluntarily agree to those terms and conditions set forth in the agreement. I further acknowledge that my attorney has advised me of my rights, possible defenses, the Sentencing Guideline provisions, and the consequences of entering into this agreement, that no promises or inducements have been made to me other than those in this agreement, and that no one has threatened me or forced me in any way to enter into this agreement. Finally, I am satisfied with the representation of my attorney in this matter.

_____          _____
Thomas John Mills                         Date Signed: 11/30/21
Defendant

_____          _____
Lex A. Coleman                            Date Signed: 30 Nov '21
Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:21-cr-00096

THOMAS JOHN MILLS

STIPULATION OF FACTS

The United States and THOMAS JOHN MILLS (hereinafter "defendant," "I," and "my,") stipulate and agree that the facts comprising the offense of conviction (Count One in the superseding indictment) include the following:[1]

DEFENDANT'S FACTUAL BASIS FOR GUILTY PLEA

From on or about March 10, 2020, through approximately October 2020, I communicated with Minor Female 1 via cell phone and Facebook messenger, both of which rely upon the Internet and cellular networks. I had known Minor Female 1 for many years and knew her to be 15 years old during this time frame. During this time frame, I repeatedly requested that Minor Female 1 take and send me sexually explicit images of herself, including images of her masturbating and inserting objects into her vagina. I would give her specific directions about the sexually explicit conduct I wanted her to engage in for purposes of creating these images. I would also direct her to engage in sexually explicit conduct during live video chats and I would take screenshots of these live videos to preserve sexually explicit images of the minor.

---

[1] This Stipulation of Facts and Factual Basis for Guilty Plea does not contain each and every fact known to THOMAS JOHN MILLS and to the United States concerning his involvement and the involvement of others in the charges set forth in the Superseding Indictment.

PLEA AGREEMENT EXHIBIT A

1

I saved many of these sexually explicit images and videos produced by Minor Female 1 at my direction on my phone and in my Google account.

These events all happened at or near Beckley, Raleigh County, West Virginia, which I know is in the Southern District of West Virginia.

Stipulated and agreed to:

_____    11-30-21
THOMAS JOHN MILLS                 Date
Defendant

_____    30 Nov 21
LEX A. COLEMAN                    Date
Counsel for Defendant

_____    12-2-21
JENNIFER RADA HERRALD             Date
Assistant United States Attorney